**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENIE ANTHONY WEAVER a/k/a JEROME WEAVER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HENNESSEY / ROSS MIRKARIMI; et al.,<br><br>Defendants. | No. C 12-895 SI (pr)<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* civil rights action under 42 U.S.C. § 1983. The court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured and ordering plaintiff to file an amended complaint no later than June 29, 2012. The court warned that "[f]ailure to file the amended complaint by the deadline will result in the dismissal of the action." Docket # 9, p. 7. Plaintiff failed to file an amended complaint and the deadline by which to do so has long passed. This action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

IT IS SO ORDERED.

Dated: February 8, 2013

_____
SUSAN ILLSTON
United States District Judge