UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENIE ANTHONY WEAVER a/k/a JEROME WEAVER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL HENNESSEY / ROSS MIRKARIMI; et al.,<br><br>    Defendants.<br>                                              / | No. C 12-895 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 8, 2013

                                                                _____
                                                                 SUSAN ILLSTON
                                                            United States District Judge